# EXHIBIT 1

# PAUL NICKLEN'S COPYRIGHTED VIDEO

# TO BE FILED UNDER SEPARATE COVER