# EXHIBIT 2A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-087-796

**Effective Date of Registration:**
February 08, 2018

## Title

**Title of Work:** Group Registration Photos, Cristina Mittermeier Select Published Images,
published Nov. 26, 2017 to Dec. 6, 2017; 7 photos

**Previous or Alternate Title:** Group Registration of Published Photos; Cristina Mittermeier Select Published
Images, published Nov. 26, 2017 to Dec. 6, 2017; 7 photos

**Content Title:** 1_CGM_Archimedes_2017_02072_KBG_IG12-9-17, Dec. 5, 2017;
2_CGM_Archimedes_2017_02088, Dec. 5, 2017;
3_CGM_Archimedes_2017_02428, Dec. 5, 2017;
4_Arctic_Summer_2017_07221, Dec. 5, 2017;
5_CGM_Archimedes_2017_06377-Edit, Nov. 26, 2017; 6_CGM_Harp
Seals_2015-2868-Edit-Edit, Nov. 27, 2017; 7_North Pole 2017_7750-Edit, Dec.
6, 2017

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 26, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Cristina Mittermeier
  **Author Created:** photograph
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Cristina Mittermeier
3357 Coho Lane, Nanoose Bay, BC, V9P 9H9, Canada

## Certification

**Name:** Bryan D. Hoben, esq.
**Date:** February 08, 2018
**Applicant's Tracking Number:** CM_001