# EXHIBIT 5



**39 Hottest Holiday Gifts 2020**
They're selling like crazy Everybody wants them
TopNewDealsDaily.com    Open >

# Starving polar bear goes viral in heartbreaking video

BY JESSIE KARANGU, SINCLAIR BROADCAST GROUP | MONDAY, DECEMBER 11TH 2017



Polar bear suffering from starvation. Photo: Instagram post of Paul Nicklen's photo of a starving polar bear (@paulnicklen)

WASHINGTON (Sinclair Broadcast Group) -- A photograph of a polar bear is grabbing attention as it shows the animal slowly succumbing to starvation.

"We stood there crying - filming with tears rolling down our cheeks," photographer Paul Nicklen, who took the photo, told the National Geographic. "When scientists say bears are going extinct, I want people to realize what it looks like. Bears are going to starve to death."

Nicklen said that intervening in the situation crossed his mind but "it's not like I walk around with a tranquilizer gun or 400 pounds of seal meat."

It is also illegal to give wild polar bears food in Canada.






Posted by Paul Nicklen Photography
1,421,004 Views

The photographer says he hopes to bring awareness to climate change. In a Facebook post, Nicklen advocated for the reduction of the carbon footprint, eating the right foods and the end to cutting down forests.

"It's a soul-crushing scene that still haunts me, but I know we need to share both the beautiful and the heartbreaking if we are going to break down the walls of apathy. This is what starvation looks like," Nicklen said. "The muscles atrophy. No energy. It's a slow, painful death. When scientists say polar bears will be extinct in the next 100 years, I think of the global population of 25,000 bears dying in this manner."

The video has already reached over 1 million views on Facebook.

### MORE TO EXPLORE

**Dad goes viral after dancing in background of...**

### SPONSORED CONTENT

**She Turned Heads At The VMAs**
Livingly

**Here Are The 23 Coolest Holiday Gifts of 2020**
ZangDeal

**50 Rules The Hells Angels Have Been Known To Follow**
Factable



---



### TRENDING


A night at New York City's most iconic toy store: FAO Schwarz listed on Airbnb


Arkansas man makes Christmas tree out of deer antler sheds

9-pound goldfish survives lake draining, found swimming in South Carolina lake

T-Mobile is offering virtual Santa calls for kids and families

New DVD, Blu-ray and digital release highlights for the week of December 7-13, 2020



### OFFBEAT NEWS


New mysterious monolith appears in El Paso, Texas


Three siblings adopted into forever family after 1,111 days in foster care


WATCH: Iowa man creates artistic video of American Flag



---


**39 Hottest Holiday Gifts 2020**
They're selling like crazy Everybody wants them
TopNewDealsDaily.com    Open >

**QUICK LINKS**
Entertainment | Weather
Sports | Contests

**INFORMATION**
Terms & Conditions
FCC Info
Public File Assistance
Do Not Sell My Information

Copyright Notices
EEO Public File Report
FCC Applications
Privacy Policy
Cookie Policy
Cookie Preferences

**STAY CONNECTED**


ALBANY, NY
© 2020 SINCLAIR BROADCAST GROUP, INC.

© 2020 | Portions are © 2020 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or distributed.

WCWN CW 15 New York - The Capital Region's CW carries entertainment programming in the Albany, New York area, including Schenectady, Scotia, Princetown, Guilderland, Altamont, East Glenville, Vischer Ferry, Loudonville, Voorheesville, Newtonville, Rensselaer, Wynantskill, Rotterdam, Cohoes, and Delmar.