# EXHIBIT 6

# Heart-Wrenching Video Shows Starving Polar Bear on Iceless Land

Lack of sea ice is making it more difficult for polar bears to find food.



Watch a video of a polar bear in crisis in the Canadian Arctic.

3 MINUTE READ

BY SARAH GIBBENS

PUBLISHED DECEMBER 7, 2017

*The text on the video above was edited on June 1, 2018 to make it clear that it is impossible to know why the polar bear pictured was starving. An earlier version of the video went too far in suggesting that climate change was responsible (read more). This story was updated on January 19, 2018 to reflect the more specific location of where the photographs were taken.*

When photographer Paul Nicklen and filmmakers from conservation group Sea Legacy arrived on Somerset Island—near the larger Baffin Island—in the Canadian Arctic in late summer, they came across a heartbreaking sight: a starving polar bear on its deathbed.

Nicklen is no stranger to bears. From the time he was a child growing up in Canada's far north the biologist turned wildlife photographer has seen over 3,000 bears in the wild. But the emaciated polar bear, featured in videos Nicklen published to social media on December 5, was one of the most gut-wrenching sights he's ever seen.

"We stood there crying—filming with tears rolling down our cheeks," he said.

Video shows the polar bear clinging to life, its white hair limply covering its thin, bony frame. One of the bear's back legs drags behind it as it walks, likely due to muscle atrophy. Looking for food, the polar bear slowly rummages through a nearby trashcan used seasonally by Inuit fishers. It finds nothing and resignedly collapses back down onto the ground.

In the days since Nicklen posted the footage, he's been asked why he didn't intervene.

"Of course, that crossed my mind," said Nicklen. "But it's not like I walk around with a tranquilizer gun or 400 pounds of seal meat."

And even if he did, said Nicklen, he only would have been prolonging the bear's misery. Plus, feeding wild polar bears is illegal in Canada.

The wildlife photographer says he filmed the bear's slow, beleaguered death because he didn't want it to die in vain.

"When scientists say bears are going extinct, I want people to realize what it looks like. Bears are going to starve to death," said Nicklen. "This is what a starving bear looks like."

### The Climate Change Link?

By telling the story of one polar bear, Nicklen hopes to convey a larger message about how a warming climate has deadly consequences.

Polar bears have long been unwitting mascots for the effects of climate change. As animals that live only in Arctic regions, they're often the first to feel the impacts of warming temperatures and rising seas.

The large, half-ton bears find concentrations of seals on sea ice. During summer months, it's not uncommon for polar bears to go months without eating while they wait for Arctic ice to solidify.

**Polar Bear**
*Ursus maritimus*

TYPE: Mammals
DIET: Carnivore
AVERAGE LIFE SPAN IN THE WILD: 25 to 30 years
SIZE: Head and body: 7.25 to 8 feet; tail: 3 to 5 inches
WEIGHT: 900 to 1,600 pounds
POPULATION TREND: Unknown
IUCN RED LIST STATUS: Vulnerable

ADVERTISEMENT
THRILL LIFE'S ESSENTIALS FOUND HERE. COSTA RICA

In 2002, a World Wildlife Fund report predicted that climate change could eventually lead to polar bear endangerment or extinction. Even then, the report found that polar bears were moving from ice to land earlier and staying on land longer, unhealthily extending the bears' fasting season. By the end of summer, most bears studied by the World Wildlife Fund showed signs of starvation.

Fifteen years later, polar bears' icy hunting grounds are in even worse shape. The National Snow and Ice Data Center, which tracks sea ice cover annually, has regularly noted record lows in sea ice coverage—a decline that is expected to only get worse. (Read more about drastic predictions for dwindling sea ice.)

A study recently published in the journal *Biosciences* looked at how climate science is often falsely discredited. The study found climate deniers are able to downplay the threat of climate change by discrediting the threat facing polar bears.

SEE PHOTOS OF POLAR BEARS IN THE WILD



1/17
VIEW SLIDESHOW →

A polar bear watches her cubs on the Hudson Bay in Manitoba, Canada. The bay is famous for polar bears, but their population is in decline.

PHOTOGRAPH BY TOM MURPHY, NATIONAL GEOGRAPHIC

However, a study published last year by the European Geosciences Union and this year by the U.S. Geological Survey confirms melting sea ice continues to be an existential threat to polar bears.

SHARE | TWEET | EMAIL | COPY

Sarah Gibbens is a digital writer at National Geographic.
FOLLOW SARAH

TODAY'S POPULAR STORIES

SCIENCE CORONAVIRUS COVERAGE
Already had the coronavirus? You could get it again.

ENVIRONMENT
Ginkgo trees nearly went extinct. Here's how we saved these 'living fossils.'

HISTORY & CULTURE
One in six Americans could go hungry in 2020 as pandemic persists

## MORE ON THIS TOPIC

Beautiful moments between animal mothers and their babies

TRAVELER
Explore a place where polar bears outnumber people

PARTNER CONTENT
10 Must-Have Experiences in Manitoba

## READ THIS NEXT



ANIMALS
**Should polar bear hunting be legal? It's complicated.**

As hunters target bigger polar bears for their luxurious pelts, one researcher fears we are reversing natural selection.

TRAVEL
22 awe-inspiring images of icy adventures in Greenland

ANIMALS
The surprising reason polar bears need sea ice to survive

ANIMALS
These dogs scare bears away—to protect them

ADVERTISEMENT

MAGAZINE
SUBSCRIBE

LATEST IN
## ANIMALS

ANIMALS
Honeybees found using tools, in a first—to repel giant hornets
READ

MAGAZINE THROUGH THE LENS
The pandemic dealt photographers setbacks—and surprises
READ

ANIMALS WILDLIFE WATCH
10 good-news stories for wildlife in 2020
READ

ANIMALS
Extremely rare white cougar highlights a quirk of the species
READ

ANIMALS PHOTO OF THE DAY
These are our best animal photos of 2020
READ

LOAD MORE

LATEST MAGAZINE ISSUES

JANUARY 2021




LATEST IN
## SCIENCE

SCIENCE
Fiery crash of SpaceX's Starship rocket ignites dreams of future spaceflight
READ

SCIENCE CORONAVIRUS COVERAGE
Exclusive: Kids catch and spread coronavirus half as much as adults,...
READ

SCIENCE CORONAVIRUS COVERAGE
Canada approves Pfizer's COVID-19 vaccine as U.K. investigates allergic...
READ

SCIENCE
One of these astronauts may be the first woman on the moon
READ

MAGAZINE THROUGH THE LENS
The pandemic dealt photographers setbacks—and surprises
READ

LOAD MORE

LATEST IN
## ENVIRONMENT