# EXHIBIT 8A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-087-796**

**Effective Date of Registration:**
February 08, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Cristina Mittermeier Select Published Images, published Nov. 26, 2017 to Dec. 6, 2017; 7 photos |
| **Previous or Alternate Title:** | Group Registration of Published Photos; Cristina Mittermeier Select Published Images, published Nov. 26, 2017 to Dec. 6, 2017; 7 photos |
| **Content Title:** | 1_CGM_Archimedes_2017_02072_KBG_IG12-9-17, Dec. 5, 2017; 2_CGM_Archimedes_2017_02088, Dec. 5, 2017; 3_CGM_Archimedes_2017_02428, Dec. 5, 2017; 4_Arctic_Summer_2017_07221, Dec. 5, 2017; 5_CGM_Archimedes_2017_06377-Edit, Nov. 26, 2017; 6_CGM_Harp Seals_2015-2868-Edit-Edit, Nov. 27, 2017; 7_North Pole 2017_7750-Edit, Dec. 6, 2017 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 26, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Cristina Mittermeier |
| **Author Created:** | photograph |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Cristina Mittermeier<br>3357 Coho Lane, Nanoose Bay, BC, V9P 9H9, Canada |

## Certification

Page 1 of 2

**Name:** Bryan D. Hoben, esq.
**Date:** February 08, 2018
**Applicant's Tracking Number:** CM_001