# EXHIBIT 7



**Paul Nicklen Photography**

December 5, 2017

My entire **SeaLegacy** team was pushing through their tears and emotions while documenting this dying polar bear. It's a soul-crushing scene that still haunts me, but I know we need to share both the beautiful and the heartbreaking if we are going to break down the walls of apathy. This is what starvation looks like. The muscles atrophy. No energy. It's a slow, painful death. When scientists say polar bears will be extinct in the next 100 years, I think of the global population of 25,000 bears dying in this manner. There is no band aid solution. There was no saving this individual bear. People think that we can put platforms in the ocean or we can feed the odd starving bear. The simple truth is this—if the

See Less

14K      3.1K Comments   1.4M Views

Like     Comment    Share

**Up Next**

We currently don't have any more videos for you

Comments                              See All



**Paul Nicklen Photography**

December 5, 2017 ·

solutions. We must reduce our carbon footprint, eat the right food, stop cutting down our forests, and begin putting the Earth —our home—first. Please join us at @sea_legacy as we search for and implement solutions for the oceans and the animals that rely on them—including us humans. Thank you to our angel donors for your love and support and for keeping our team on location. With **Cristina Mittermeier #turningthetide** with **SeaLegacy**: www.SeaLegacy.org

(This video is exclusively managed by Caters News. To license or use in a commercial player please contact info@catersnews.com or call +44 121 616 1100 / +1 646 380 1615)

See Less

14K    3.1K Comments    1.4M Views

Like    Comment    Share

**Up Next**

We currently don't have any more videos for you

**Comments**    See All

0:05 / 1:00

Write a comment...