UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

PAUL NICKLEN and
CRISTINA MITTERMEIER,
        *Plaintiffs*,

v.

SINCLAIR BROADCAST GROUP, INC., et. al,

        *Defendants*.

Case 1:20-cv-10300-JSR

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Paul Nicklen and Cristina Mittermeier, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the following defendants only: (1) ADVANCE PUBLICATIONS, INC.; (2) CONDE NAST ENTERTAINMENT, LLC (d/b/a Teen Vogue); (3) WORLDWIDE MEDIA SERVICES GROUP INC. (f/k/a American Media, Inc.)(d/b/a The Adventure Sports Network); (4) A360 MEDIA LLC; (5) TEN: PUBLISHING MEDIA, LLC, (d/b/a The Adventure Sports Network); (6) THEHUFFINGTONPOST.COM INC.; (7) UPROXX, LLC; (8) IBT MEDIA INC. (d/b/a International Business Times); and (9) PLANK, LLC (d/b/a Patch Media)(entity correctly spelled PLANCK, LLC in Second Amended Complaint). By dismissing Defendant PLANCK, LLC, Plaintiff Cristina Mittermeier hereby has dismissed all defendants and causes of action alleged by her in this case, leaving Plaintiff Paul Nicklen as the sole remaining Plaintiff.

Dated: This 25th day of February 2021.

        Respectfully submitted,

        By: /s/ James Bartolomei Esq.

        James Bartolomei Esq.
        Duncan Firm, P.A.
        809 W. 3rd Street
        Little Rock, Arkansas 72201

501-228-7600 phone
james@duncanfirm.com

and

Bryan D. Hoben, Esq.
1112 Main Street
Peekskill, New York 10566
347-855-4008
bryan@hobenlaw.com

and

Robert Kaplan, Esq.
Kaplan, Fox, and Kilsheimer LLP
850 Third Street
New York, New York 10022

Attorneys for Plaintiff

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above case via email at their respective business addresses as disclosed by the pleadings of record herein on the Court's ECF and via the Court's ECF, on February 25, 2021. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

By: /s/  James H. Bartolomei