UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
PAUL NICKLEN, et al.,                                   :  No. 1:20-cv-10300-JSR
:
                Plaintiffs,                           :
:  ECF Case
:
         -against-                                       :
:  **NOTICE OF MOTION**
:
MASHABLE, INC., et al.,                                 :
:
                Defendants.                           :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that, pursuant to the Case Management Order entered February 22, 2021 in this action, Defendants Sinclair Broadcast Group, Inc. ("Sinclair Parent"), and various of its corporate subsidiaries (the "Sinclair Affiliates"[1] and, together with Sinclair Parent,

---

[1] The Sinclair Affiliates are: WCWN Licensee, LLC, WCWN, LLC, KDSM, LLC, KDSM Licensee, LLC, Chesapeake Media I, LLC, KRNV, LLC, KRXI, LLC, KVCW, LLC, KVMY, LLC, KATV, LLC, KATV Licensee, LLC, KTUL, LLC, KTUL Licensee, LLC, WLUK Licensee LLC, WJAR Licensee LLC, WCWF Licensee LLC, WBMA Licensee, LLC, WSET Licensee, LLC, WVTV Licensee, LLC, Raleigh (WRDC-TV) Licensee, LLC, Birmingham (WBAM-TV) Licensee, Inc., WICS Licensee, LLC, KOKH LLC, KOKH Licensee, LLC, Milwaukee Television, LLC, WCGV Licensee, LLC, Sinclair Media III, Inc., WCHS Licensee, LLC, WVAH Licensee, LLC, Sinclair Properties, LLC, WDKA Licensee, LLC, WMMP Licensee, L.P. (incorrectly sued as WMMP Licensee, LLC), Sinclair Television of El Paso, LLC, KDBC Licensee, LLC, WGME, Inc., WGME Licensee, LLC, WSMH, Inc., WSMH Licensee, LLC, WUCW Licensee, LLC, KABB Licensee, LLC, KDNL Licensee, LLC, KEYE Licensee, LLC, KFDM Licensee, LLC, KFOX Licensee, LLC, KGAN Licensee, LLC, KHGI Licensee, LLC, KHQA Licensee, LLC, KOCB Licensee, LLC, KPTH Licensee, LLC, KRCG Licensee, LLC, KSAS Licensee, LLC, KTVL Licensee, LLC, KTVO Licensee, LLC, KUTV Licensee, LLC, KVII Licensee, LLC, WACH Licensee, LLC, WEAR Licensee, LLC, WFGX Licensee, LLC, WFXL Licensee, LLC, WGFL Licensee, LLC, WGXA Licensee, LLC, WKRC Licensee, LLC, WLFL Licensee, LLC, WLOS Licensee, LLC, WMSN Licensee, LLC, WNAB Licensee, LLC, WNWO Licensee, LLC, WOAI Licensee, LLC, WOLF Licensee, LLC, WPBN Licensee, LLC, WPDE Licensee, LLC, WPEC Licensee, LLC, WPGH Licensee, LLC, WRGB Licensee, LLC, WRLH Licensee, LLC, WSYX Licensee, LLC (incorrectly sued as WYSX, LLC), WTGS Licensee, LLC, WTOV Licensee, LLC, WTTO Licensee, LLC, WTVC Licensee, LLC, WTVX Licensee, LLC (incorrectly sued as WVTX Licensee, LLC), WTVZ Licensee, LLC, WUHF Licensee, LLC, WUTV Licensee, LLC, WUXP Licensee, LLC, WWHO Licensee, LLC,

"Sinclair" or the "Sinclair Defendants") hereby respectfully file their motion pursuant to Fed. R. Civ. Proc. 12(b)(6) to dismiss the Complaint; plaintiff shall file his response on or before March 22, 2021, and defendants shall file their reply, if any, on or before March 29, 2021. Oral argument on the motion will be held before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14-B, New York 10007, on April 7, 2021 at 3:45 pm, or at such other time as shall be determined by the Court.

Dated: March 8, 2021

Respectfully submitted,

**BALLARD SPAHR LLP**

*/s/ Thomas B. Sullivan*
Thomas B. Sullivan
Joseph Slaughter
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 850-6139
Facsimile: (212) 223-1942
sullivant@ballardspahr.com
slaughterj@ballardspahr.com

*Counsel for Sinclair Defendants*

---

WWMT Licensee, LLC, WXLV Licensee, LLC, WZTV Licensee, LLC, Sinclair Television of Abilene, LLC, Sinclair Television of Bristol, LLC, Sinclair Television of Montana, LLC, WCTI Licensee, LLC, Sinclair Television of Fresno, LLC, KMPH Licensee, LLC, WJAC Licensee, LLC, Sinclair Television of Omaha, LLC, KPTM Licensee, LLC, Sinclair Television of Bakersfield, LLC, Sinclair Television of Portland, LLC, Sinclair Television of Washington, Inc. (inadvertently named twice in the SAC), Sinclair Kennewick Licensee, LLC, Sinclair Seattle Licensee, LLC, Sinclair Boise Licensee, LLC, Sinclair Yakima Licensee, LLC, Sinclair Lewiston Licensee, LLC, Sinclair Eugene Licensee, LLC, KAME, LLC, WICD Licensee, LLC, KFXA Licensee LLC, KUPN Licensee LLC, KUQI Licensee, LLC, WSTQ Licensee, LLC, WUPN Licensee, LLC, Sinclair Television of California, LLC, Sinclair Television of Seattle, Inc., Sinclair Television of Oregon, LLC, and Sinclair La Grande Licensee, LLC.