# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PAUL NICKLEN,

    *Plaintiff,*

v.

SINCLAIR BROADCAST GROUP INC., et. al,

    *Defendants*.

Case 1:20-cv-10300-JSR

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Paul Nicklen and Cristina Mittermeier, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the following defendant only: T&R Productions, LLC (d/b/a RT Network). Each party is to bear their own attorneys' fees and costs.

Dated: This 5th day of April 2021.

Respectfully submitted,

By: /s/ James Bartolomei Esq.

James Bartolomei Esq.
**Duncan Firm, P.A.**
809 W. 3rd Street
Little Rock, Arkansas 72201
501-228-7600 phone
james@duncanfirm.com

Bryan D. Hoben, Esq.
**Hoben Law**
1112 Main Street
Peekskill, New York 10566
347-855-4008
bryan@hobenlaw.com

Robert N. Kaplan, Esq.
**KAPLAN, FOX, KILSHEIMER LLP**
850 Third Street
New York, New York 10022
212-687-1980 phone

1

rkaplan@kaplanfox.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of April, 2021, caused a true and correct copy of the foregoing to be served by electronic mail on counsel for all counsel of record on the court's ECF system.

/s/James Bartolomei
James Bartolomei

*Attorneys for Plaintiff*

3