# EXHIBIT B





**Paul Nicklen Photography**

December 5, 2017

solutions. We must reduce our carbon footprint, eat the right food, stop cutting down our forests, and begin putting the Earth—our home—first. Please join us at @sea_legacy as we search for and implement solutions for the oceans and the animals that rely on them—including us humans. Thank you to our angel donors for your love and support and for keeping our team on location. With **Cristina Mittermeier** #turningthetide with **SeaLegacy**: www.SeaLegacy.org

(This video is exclusively managed by Caters News. To license or use in a commercial player please contact info@catersnews.com or call +44 121 616 1100 / +1 646 380 1615)

See Less

14K     3.1K Comments    1.4M Views

Like    Comment    Share

**Up Next**

We currently don't have any more videos for you

**Comments**    See All

0:05 / 1:00