# EXHIBIT D


ADVERTISEMENT

39 Hottest Holiday Gifts 2020
They're selling like crazy Everybody wants them
TopNewDealsDaily.com

Open >

# Starving polar bear goes viral in heartbreaking video

BY JESSIE KARANGU, SINCLAIR BROADCAST GROUP | MONDAY, DECEMBER 11TH 2017



Polar bear suffering from starvation. Photo: Instagram post of Paul Nicklen's photo of a starving polar bear (@paulnicklen)






share now!

tweet now!

WASHINGTON (Sinclair Broadcast Group) -- A photograph of a polar bear is grabbing attention as it shows the animal slowly succumbing to starvation.

"We stood there crying - filming with tears rolling down our cheeks," photographer Paul Nicklen, who took the photo, told the National Geographic. "When scientists say bears are going extinct, I want people to realize what it looks like. Bears are going to starve to death."

Nicklen said that intervening in the situation crossed his mind but "it's not like I walk around with a tranquilizer gun or 400 pounds of seal meat."

It is also illegal to give wild polar bears food in Canada.



Posted by Paul Nicklen Photography
1,421,004 Views

The photographer says he hopes to bring awareness to climate change. In a Facebook post, Nicklen advocated for the reduction of the carbon footprint, eating the right foods and the end to cutting down forests.

"It's a soul-crushing scene that still haunts me, but I know we need to share both the beautiful and the heartbreaking if we are going to break down the walls of apathy. This is what starvation looks like," Nicklen said. "The muscles atrophy. No energy. It's a slow, painful death. When scientists say polar bears will be extinct in the next 100 years, I think of the global population of 25,000 bears dying in this manner."

The video has already reached over 1 million views on Facebook.

## MORE TO EXPLORE

Dad goes viral after dancing in background of...

### SPONSORED CONTENT

She Turned Heads At The VMAs
Livingly

Here Are The 23 Coolest Holiday Gifts of 2020
ZangDaze

50 Rules The Hells Angels Have Been Known To Follow
Factable

Sponsored Links by Taboola

ADVERTISEMENT







TRENDING

A night at New York City's most iconic toy store: FAO Schwarz listed on Airbnb

Arkansas man makes Christmas tree out of deer antler sheds

9-pound goldfish survives lake draining, found swimming in South Carolina lake

T-Mobile is offering virtual Santa calls for kids and families

New DVD, Blu-ray and digital release highlights for the week of December 7-13, 2020

ADVERTISEMENT








OFFBEAT NEWS

New mysterious monolith appears in El Paso, Texas

Three siblings adopted into forever family after 1,111 days in foster care

WATCH: Iowa man creates artistic video of American Flag

### FOLLOW US ON TWITTER

Tweets by @CW15Albany

CW15Albany
@CW15Albany

Jane and Petra must deal with the children not getting along on an all new episode of #JaneTheVirgin, Wednesday at 9pm.
facebook.com/CW15Albany/vid…

facebookwatch @FacebookWatch

Apr 9, 2019

CW15Albany
@CW15Albany

Liz and the team find themselves on a collision course with an unlikely enemy. All new episode of #RoswellNM, TONIGHT 9pm!
facebook.com/CW15Albany/vid…

facebookwatch @FacebookWatch

ADVERTISEMENT



39 Hottest Holiday Gifts 2020
They're selling like crazy Everybody wants them
TopNewDealsDaily.com

Open >

QUICK LINKS

Entertainment
Sports

Weather
Contests

INFORMATION

Terms & Conditions
FCC Info
Public File Assistance
Do Not Sell My Information

Copyright Notices
EEO Public File Report
FCC Applications
Privacy Policy
Cookie Policy
Cookie Preferences

STAY CONNECTED




ALBANY, NY

© 2020 SINCLAIR BROADCAST GROUP, INC.

© 2020 | Portions are © 2020 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or distributed.

WCWN CW 15 New York - The Capital Region's CW carries entertainment programming in the Albany, New York area, including Schenectady, Scotia, Princetown, Guilderland, Altamont, East Glenville, Vischer Ferry, Loudonville, Voorheesville, Newtonville, Rensselaer, Wynantskill, Rotterdam, Cohoes, and More.