# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-102-139

**Effective Date of Registration:**
February 07, 2018

---

## Title

**Title of Work:** Nicklen Starving Polar Bear (0:54)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 09, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Paul Nicklen
  **Author Created:** entire motion picture
  **Citizen of:** Canada
  **Year Born:** 1968

## Copyright Claimant

**Copyright Claimant:** Paul Nicklen
3357 Coho Lane, Nanoose Bay, BC, V9P 9H9, Canada

## Certification

**Name:** Bryan D. Hoben, esq.
**Date:** February 07, 2018
**Applicant's Tracking Number:** PN_002

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**PA 2-290-646**

**Effective Date of Registration:**
December 16, 2020

**Registration Decision Date:**
May 06, 2021

## Supplementary Registration

Supplement To:   PA0002102139, 2018

## Title

Title of Work:   Nicklen Starving Polar Bear

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   December 07, 2017
Nation of 1st Publication:   United States

## Author

- Author:   Paul Nicklen
  Author Created:   entire motion picture
  Citizen of:   Canada

## Copyright Claimant

Copyright Claimant:   Paul Nicklen
200 West First Avenue, #101, Qualicum Beach, BC, V9K2J3, Canada

## Certification

Name:   Bryan Hoben, Authorized agent of Paul Nicklen
Date:   December 16, 2020
Applicant's Tracking Number:   PN_002.1

---

Explanation of Corrections:   Correct error regarding date of first publication (initial certificate listed Dec. 9, 2017, while correct date was Dec. 7, 2017).

Page 1 of 2

**Explanation of Amplifications:** Remove the footage's duration from Title of Work as it was superfluous and caused confusion.