Case 1:20-cv-10300-JSR   Document 112   Filed 10/13/21   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAUL NICKLEN, : ECF Case
            Plaintiff, :
              : Case No. 1:20-cv-10300-JSR
       -against- :
              : **STIPULATION OF DISMISSAL**
SINCLAIR BROADCAST GROUP, INC., *et al.*, : **WITH PREJUDICE**
              :
           Defendants. :
              :

------------------------------------- x

       **IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Paul Nicklen and defendants Sinclair Broadcast Group, Inc. and various of its corporate subsidiaries[2]

---

[2] Sinclair Television Media, Inc., ACC Licensee, LLC, Chesapeake Media I, LLC,Chesapeake Television Licensee, LLC, Harrisburg Licensee, LLC, Harrisburg Television, Inc.,  KABB Licensee, LLC, KATV Licensee, LLC, KATV, LLC, KBSI Licensee L.P., KDBC Licensee, LLC, KDNL Licensee, LLC, KDSM Licensee, LLC, KDSM, LLC, KENV, LLC, KEYE Licensee, LLC, KFDM Licensee, LLC, KFOX Licensee, LLC, KGAN Licensee, LLC, KGBT Licensee, LLC, KHGI Licensee, LLC, KHQA Licensee, LLC, KJZZ Licensee, LLC, KLGT Licensee, LLC, KMPH Licensee, LLC, KOCB Licensee, LLC, KOKH Licensee, LLC, KOKH, LLC, KPTM Licensee, LLC, KRCG Licensee, LLC, KRNV, LLC, KRXI Licensee, LLC, KRXI, LLC, KSAS Licensee, LLC, KTUL Licensee, LLC, KTUL, LLC, KTVL Licensee, LLC, KTVO Licensee, LLC, KUPN Licensee, LLC, KUQI Licensee, LLC, KUTV Licensee, LLC, KVCW, LLC, KVII Licensee, LLC, Milwaukee Television, LLC, New York Television, Inc., Raleigh (WRDC-TV) Licensee, Inc., San Antonio Television, LLC, Sinclair Bakersfield Licensee, LLC, Sinclair Boise Licensee, LLC, Sinclair Communications, LLC, Sinclair Eugene Licensee, LLC, Sinclair Lewiston Licensee, LLC, Sinclair Media III, Inc., Sinclair Media Licensee, LLC, Sinclair Media of Boise, LLC, Sinclair Media of Seattle, LLC, Sinclair Media of Washington, LLC, Sinclair Portland Licensee, LLC, Sinclair Properties, LLC, Sinclair Seattle Licensee, LLC, Sinclair Television of Abilene, LLC, Sinclair Television of Bakersfield, LLC, Sinclair Television of Bristol, LLC, Sinclair Television of California, LLC, Sinclair Television of El Paso, LLC, Sinclair Television of Fresno, LLC, Sinclair Television of Illinois, LLC, Sinclair Television of Montana, LLC, Sinclair Television of New Bern, LLC, Sinclair Television of Omaha, LLC., Sinclair Television of Oregon, LLC, Sinclair Television of Portland, LLC, Sinclair Television of Washington Inc., Sinclair Television Stations, LLC, Sinclair Yakima Licensee, LLC, South West Oregon TV Broadcasting Corp., The Tennis Channel, Inc., WACH Licensee, LLC, WBMA Licensee, LLC, WCHS Licensee, LLC, WCTI Licensee, LLC, WCWB Licensee, LLC, WCWF Licensee, LLC, WCWN Licensee, LLC, WCWN, LLC, WDKA Licensee, LLC, WDKY Licensee, LLC, WEAR Licensee, LLC, WFGX Licensee, LLC, WFXL Licensee, LLC, WGME

(collectively, the "Sinclair Defendants"), by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: October 12, 2021

| **DUNCAN FIRM, P.A.** | **BALLARD SPAHR LLP** |
|---|---|
| By: _[signature]_<br>James H. Bartolomei<br>809 W. 3rd Street<br>Little Rock, Arkansas 72201<br>Telephone: 501-228-7600<br>Facsimile: 501-228-0415<br>james@duncanfirm.com<br><br>*Attorneys for Plaintiff Paul Nicklen* | By: _Thomas B. Sullivan_<br>Thomas B. Sullivan<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>Telephone: 212-850-6139<br>Facsimile: 212-223-1942<br>sullivant@ballardspahr.com<br><br>*Attorneys for Sinclair Defendants* |

**SO ORDERED.**

_[signature]_  Date: 10/13/21
Hon. Jed S. Rakoff, U.S.D.J.

---

Licensee, LLC, WGME, Inc., WGXA Licensee, LLC, WICS Licensee, LLC, WJAC Licensee, LLC, WJAR Licensee LLC, WKEF Licensee L.P., WKRC Licensee, LLC, WLFL Licensee, LLC, WLOS Licensee, LLC, WLUK Licensee LLC, WMBA Licensee, LLC, WMMP Licensee L.P., WMSN Licensee, LLC, WNAB Licensee, LLC, WNWO Licensee, LLC, WOAI Licensee, LLC, WOIA Licensee, LLC, WOLF Licensee, LLC, WPBN Licensee, LLC, WPDE Licensee, LLC, WPEC Licensee, LLC, WPGH Licensee, LLC, WRDC, LLC, WRGB Licensee, LLC, WRLH Licensee, LLC,  WSBT Licensee, LLC, WSET Licensee, LLC, WSMH Licensee, LLC, WSMH, Inc., WSTQ Licensee, LLC, WSYX Licensee, LLC, WTGS Licensee, LLC, WTOV Licensee, LLC, WTTO Licensee, LLC, WTVC Licensee, LLC, WTVX Licensee, LLC, WTVZ Licensee, LLC, WTWC Licensee, LLC, WUCW, LLC, WUHF Licensee, LLC, WUPN Licensee, LLC, WUTV Licensee, LLC, WUXP Licensee, LLC, WVAH Licensee, LLC, WVTV Licensee, Inc., WWHO Licensee, LLC, WWMT Licensee, LLC, WXLV Licensee, LLC, and WZTV Licensee, LLC.