UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL NICKLEN and CHRISTINA
MITTERMEIER,

        Plaintiffs,

   -against-

SINCLAIR BROADCAST GROUP,
INC., et al.,

        Defendants.

20-cv-10300 (JSR)


ERRATUM

JED S. RAKOFF, U.S.D.J.

The first line of the opinion issued on July 30, 2021, is hereby amended to add the word "bear" following the word "polar."

SO ORDERED.

Dated:   New York, NY

       October 28, 2021

_____
JED S. RAKOFF, U.S.D.J.

1